```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF INDIANA
              HAMMOND DIVISION

UNITED STATES OF AMERICA   )
                           )
Plaintiff,                 )
                           )
vs.                        )   CAUSE NO. 2:08-CR-011
                           )
HENRY CARTER,              )
                           )
Defendant.                 )
```

<u>**ORDER**</u>

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant Henry Carter (DE #188) filed on November 19, 2008. No objections have been filed to Magistrate Judge Cherry's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant Henry Carter, and **FINDS** the Defendant guilty of Count 3 of the Indictment, in violation of Title 21 U.S.C. § 841(a)(1).

This matter is set for sentencing on February 26, 2009, at 12:30 p.m.

**DATED:** December 29, 2008          /s/RUDY LOZANO, Judge
                                      **United States District Court**